Magistrate Judge S. Kate Vaughan
Noted For Consideration: January 13, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH AND ADAM SMITH,<br><br>                                    Plaintiffs,<br><br>v.<br><br>RESULT MATRIX, INC. dba STRAIGHT ARROW SCREENING, a Texas corporation and DALE PEROZZO, an individual,<br><br>                                    Defendants. | C21-5380-BHS-SKV<br><br>ORDER GRANTING STIPULATION ALLOWING RELIEF FROM DEADLINES |

Pursuant to LCR 7(d)(1), the parties have stipulated to the entry of an order amending the case schedule in this matter. Based on the parties' stipulation, the case schedule in this matter is amended as follows:

| Original Deadline | Requested New Deadline | Task/Event |
|---|---|---|
| 1/28/22 | 4/29/22[1] | Expert Witness Disclosure |
| 2/18/22 | 5/18/22 | Rebuttal Expert |
| 3/21/22 | 6/21/22 | Deadline for Noting Discovery Motions |

---

[1] The Court shortened this proposed deadline so that it falls on a weekday.

ORDER ON STIPULATION FOR RELIEF
FROM DEADLINES - 1

[C21-5380-BHS-SKV]

Ketter Sheppard & Jackson, PLLP
50 – 116th Avenue, SE; Suite 201
Bellevue, Washington 98004
(206) 382-2600 FAX: (206) 223-3929

| 4/19/22 | 7/19/22 | Discovery Cut off |
|---|---|---|
| 5/19/22 | 8/19/22 | Dispositive Motion Filing Cut Off |

DATED: January 13th, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

SUBMITTED BY:

KETTER, SHEPPARD & JACKSON, PLLP

 *s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant RESULT MATRIX
50 – 116th Ave SE; Suite 201
Bellevue, WA  98004
Main:206.382-2600;  Direct: 206-330-2054
e-mail: ashafer@sksp.com

APPROVED:

*/s/ Saraellen Hutchison*
SaraEllen Hutchison  WSBA #36137
Law Office of SaraEllen Hutchison
Attorney for Plaintiffs
539 Broadway
Tacoma, WA 98402
206-529-5195
saraellen@saraellenhutchison.com

*/s/ Ryan Anderson*
Ryan P Anderson WSBA #39822
ATTORNEY AT LAW
1105 TACOMA AVENUE SOUTH
TACOMA, WA 98402
253-383-5346
Email: rpa2325@aol.com

ORDER ON STIPULATION FOR RELIEF FROM DEADLINES - 2

[C21-5380-BHS-SKV]