UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH and ADAM SMITH,

    Plaintiffs,

v.

RESULT MATRIX, INC., et al.

    Defendant/Cross Claimant,

v.

DALE PEROZZO,

    Cross Defendant.

CASE NO. C21-5380-BHS-SKV

ORDER GRANTING RMI'S MOTION FOR RELIEF FROM DEADLINE

Defendant/Cross Claimant Result Matrix, Inc. (RMI) filed a Motion for Relief from Deadline. Dkt. 33. RMI seeks relief from the May 18, 2022 deadline for submitting its rebuttal expert witness report until after the Court can consider its pending motion to exclude the testimony of Plaintiff's expert. *See* Dkt. 35 (Motion to Exclude, or Limit, Proffered Testimony and Report of Evan D. Hendricks). Plaintiff did not respond to RMI's motion seeking relief from the deadline. Now, having considered RMI's unopposed motion and finding the request reasonable, the Motion for Relief From Deadline, Dkt. 33, is GRANTED. RMI's deadline for

filing a rebuttal expert report is deferred and the Court will, as may be needed, re-set that deadline after it rules on the pending motion to exclude expert testimony.

Dated this 16th day of May, 2022.

S. KATE VAUGHAN
United States Magistrate Judge