SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
705 S. 9th St. Ste. 104
Tacoma, WA 98405
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSEPH and ADAM SMITH,<br><br>              Plaintiffs,<br>v.<br><br>RESULT MATRIX, INC. dba STRAIGHT ARROW SCREENING, a Texas corporation,<br><br>              Defendant/Cross Claimant,<br>v.<br><br>DALE PEROZZO,<br><br>              Cross Defendant. | NO. C21-5380-BHS-SKV<br><br>STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION<br><br>NOTE ON MOTION CALENDAR:<br>**JULY 8, 2022** |

## I.    STIPULATION

COME NOW the parties, by and through counsel, and hereby stipulate that Tenant Tracker Inc. be substituted as defendant for RESULT MATRIX INC. ("RMI").

Pursuant Fed. R. Civ. P. 15, the parties stipulate that: (1) the Complaint in this action shall be deemed amended to change the name of the party defendant from RMI to Tenant Tracker, Inc., (2) the that the caption of this matter be amended to reflect that change, and that

STIPULATED MOTION AND ORDER TO SUBSTITUTE PARTY
C21-5380-BHS-SKV

1

Law Office of SaraEllen Hutchison, PLLC
705 S 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

...

...

(3) the Answer and Cross-claims filed by RMI shall be deemed to be on behalf of Tenant Tracker Inc.

Discovery is nearly complete, and has revealed that the entity that prepared the consumer reports at issue in this matter is not RMI, but an entity affiliated with RMI called Tenant Tracker, Inc. RMI represents that it provides business support services to Tenant Tracker, Inc. Tenant Tracker, Inc. agrees that it prepared the consumer reports at issue in this action, and that it should be the named party defendant. Cross-defendant Dale Perozzo agrees to the amendment.

STIPULATED this 8th day of July, 2022 at Tacoma, Washington.

*/s/SaraEllen Hutchison*
SaraEllen Hutchison (WSBA #36137)
705 S. 9th St. Ste. 104
Tacoma, WA 98405
Telephone:     206-529-5195
Facsimile:     253-302-8486
Email: saraellen@saraellenhutchison.com

*/s/ Justin M. Baxter*
Justin M. Baxter, WSBA ID 39182
justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
*Attorneys for Plaintiffs*

*s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
50 – 116th Ave SE; Suite 201
Bellevue, WA 98004
Main:206.382-2600; Direct: 206-330-2054
e-mail: ashafer@sksp.com
*Attorney for Defendant RESULT MATRIX*

*/s/ Ryan Anderson*
Ryan P Anderson WSBA #39822
ATTORNEY AT LAW
1105 TACOMA AVENUE SOUTH
TACOMA, WA 98402 253-383-5346
Email: rpa2325@aol.com
*Attorney for Crossclaim Defendant Perozzo*

STIPULATED MOTION AND ORDER TO SUBSTITUTE PARTY
C21-5380-BHS-SKV

2

Law Office of SaraEllen Hutchison, PLLC
705 S 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

IT IS SO ORDERED:

DATED this 12th day of July, 2022.

*signature*

S. KATE VAUGHAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 8th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated this 8th day of July, 2022, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
539 Broadway
Tacoma, WA 98402
Telephone:     206-529-5195
Facsimile:     253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO SUBSTITUTE PARTY
C21-5380-BHS-SKV

3

Law Office of SaraEllen Hutchison, PLLC
705 S 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com