Magistrate S. Kate Vaughn
NOTE FOR CONSIDERATION: AUGUST 24, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH AND ADAM SMITH,<br><br>                             Plaintiffs,<br><br>v.<br><br>TENANT TRACKER, INC. dba STRAIGHT ARROW SCREENING, a Texas corporation,<br><br>                    Defendant/Cross Claimant,<br><br>v.<br><br>DALE PEROZZO,<br><br>                        Cross Defendant. | C21-5380-BHS-SKV<br><br>**~~PROPOSED~~** ORDER GRANTING TENANT TRACKER, INC.'S MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF REGARDING ITS MOTIONS FOR SUMMARY JUDGMENT |

This matter came on for consideration on Tenant Tracker, Inc.'s (TTI) motion pursuant to LCR 7(f), for leave to file an over length brief in support of its combined motions for summary judgment dismissing the complaint and granting judgment on its cross claims against Cross Defendant Dale Perozzo. Dkt. 60. Having considered the motion, the Court

**~~PROPOSED~~ ORDER** GRANTING TTI MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1

[C21-5380-BHS-SKV]

Ketter Sheppard & Jackson, LLP
50 - 116th Ave. SE
Bellevue, Washington 98004
(206) 382-2600 | Fax: (206) 223-3929

1 | herein GRANTS TTI leave to file a combined brief of thirty-four (34) pages (ten additional
2 | pages), excluding the title page.
3 |     Dated the 25th of August, 2022.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

23 | **PROPOSED** ORDER GRANTING TTI MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2

[C21-5380-BHS-SKV]

KETTER SHEPPARD & JACKSON, LLP
50 - 116ᵀᴴ AVE. SE
BELLEVUE, WASHINGTON 98004
(206) 382-2600 | FAX: (206) 223-3929